JOSEPH A. SALAZAR, SB# 169551
 E-Mail: jsalazar@lbbslaw.com
JENNIFER H. ROSARIO, SB# 240562
 E-Mail: rosario@lbbslaw.com
DANIEL GEORGE BATH, SB#119514
 E-Mail: bath@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
2850 Gateway Oaks Drive, Suite 450
Sacramento, California 95833
Telephone: (916) 564-5400
Facsimile: (916) 564-5444

Attorneys for Defendant CITIMORTGAGE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carl T. Ramos,<br><br>             Plaintiff,<br><br>       v.<br><br>Citimortgage, Inc.,<br><br>             Defendant. | CASE NO. 2:08-CV-02250-WBS-KJM<br><br>**ORDER DISMISSING ENTIRE COMPLAINT, WITH PREJUDICE** |

**ORDER**

Counsel for the parties having stipulated regarding this matter, and good cause appearing therefor:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Complaint of Plaintiff Carl T. Ramos is dismissed in its entirety, with prejudice.

Dated: June 26, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4846-2763-8019.1

-1-

[PROPOSED] ORDER DISMISSING ENTIRE COMPLAINT, WITH PREJUDICE

*Carl T. Ramos* v. *Citimortgage, Inc.*
Eastern District Court Case No.: 2:08-CV-02250-WBS-KJM
File No. 27894-18

**PROOF OF SERVICE**
CCP 1013a(3)/FRCP 5/Rules of Court, Rule 2.260

I am a resident of, or employed in the County of Sacramento, State of California. I am over the age of eighteen years and not a party to this action. My business address is: 2850 Gateway Oaks Drive, Suite 450, Sacramento, California 95833.

On the date below, I served the following listed documents by the method indicated below, on the parties in this action: [See attached Service List]
**[PROPOSED] ORDER DISMISSING ENTIRE COMPLAINT, WITH PREJUDICE**

[✔]  **BY U.S. MAIL**  By placing ☐ the original/ ☐ a true copy thereof enclosed in a sealed envelope(s), with postage fully prepaid, addressed as per the attached service list, for collection and mailing at Lewis Brisbois Bisgaard & Smith in Sacramento, California following ordinary business practices. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the U.S. Postal Service on the same day in the ordinary course of business.

[ ]  **BY OVERNIGHT DELIVERY**  By delivering the document(s) listed above in a sealed envelope(s) or package(s) designated by the express service carrier, with delivery fees paid or provided for, addressed as per the attached service list, to a facility regularly maintained by the express service carrier or to an authorized courier or driver authorized by the express service to receive documents.

[ ]  **BY PERSONAL DELIVERY**
☐ By personally delivering the document(s) listed above to the offices at the address(es) as shown on the attached service list.
☐ By placing the document(s) listed above in a sealed envelope(s) and instructing a registered process server to personally deliver the envelope(s) to the offices at the address(es) set forth on the attached service list. The signed proof of service by the registered process server is attached.

[ ]  **BY ELECTRONIC SERVICE (via electronic filing service provider)**
By electronically transmitting the documents(s) listed above to a LexisNexis File and Serve, an electronic filing service provider, at www.fileandserve.lexisnexis.com pursuant to the Court's _____, 200 Order mandating electronic service. *See* Rules of Court, rules 2.253, 2.255, 2.260. The transmission was reported as complete and without error.

[ ]  **BY ELECTRONIC SERVICE (to individual persons)**
By electronically transmitting the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list. The transmission was reported as complete and without error. *See* Rules of Court, rule 2.260.

[ ]  **BY FACSIMILE**  By transmitting the document(s) listed above from Lewis Brisbois Bisgaard & Smith in Sacramento, California to the facsimile machine telephone number(s) set forth on the attached service list. The telephone number of the facsimile machine I used was (916) 646-8296. This facsimile machine complies with Rule 2.301 of the California Rules of Court. Service



4846-2763-8019.1                      -2-
[PROPOSED] ORDER DISMISSING ENTIRE COMPLAINT, WITH PREJUDICE

by facsimile transmission was made pursuant to agreement of the parties, confirmed in writing.

[] **STATE** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ✔ ] **FEDERAL** I declare under penalty of perjury under the laws of the United States that I am employed in the office of a member of the bar of this court at whose direction the service is made.

Executed on June 25, 2009, at Sacramento, California.

Jessica Newton (Print Name) /s/ Jessica Newton (Signature)



*Carl T. Ramos* v. *Citimortgage, Inc.*
Eastern District Court Case No.: 2:08-CV-02250-WBS-KJM
File No. 27894-18

# SERVICE LIST

| Duane L. Tucker<br>27793 Tampa Ave<br>Hayward, CA 94544 | **Attorney for Plaintiff**<br><br>(510) 670-0668<br>(510) 217-3657 Fax |
|---|---|